UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| LM GENERAL INSURANCE COMPANY, ) | C.A. No.: 3:18-cv-02323-JMC | |
| ) | | |
| Plaintiff, ) | | |
| ) | **CONSENT ORDER TO STAY** | |
| vs. ) | | |
| ) | | |
| ZACHARY NICHOLS, and ) | | |
| AMANDA STEWART, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

The Court entered an Order (Entry No. 22) on January 10 granting Plaintiff an additional 90 days to serve Defendant Nichols.  Service of process upon Defendant Nichols must be effected by April 10, 2019; however, Plaintiff has been unable to serve Defendant Nichols.  The Conference and Scheduling Order (Entry No. 7) sets forth several deadlines that will expire before April 10.  Plaintiff filed a Motion to Stay (Entry No. 24) seeking a stay of all deadlines until such time as service upon Defendant Nichols may be had. Since the filing of that motion, Defendant Stewart has consented to the stay.

NOW THEREFORE, upon the motion of Plaintiff with the consent of Defendant Stewart, all deadlines set forth in the Conference and Scheduling Order are hereby stayed until service of Defendant Zachary Nichols may be had.  This stay shall lift upon service of process, at which time the parties are directed to submit an amended scheduling order.

IT IS SO ORDERED.

s/J. Michelle Childs
The Honorable J. Michelle Childs
United States District Judge

This 21st day of February, 2019.

Columbia, South Carolina.

THE ALLEN LAW FIRM, P.A.          WALL TEMPLETON & HALDRUP, P.A.

<u>s/David K. Allen</u>                    <u>s/Morgan S. Templeton</u>
David K. Allen,  (Fed. ID#: 11142)     Morgan S. Templeton (Fed ID #7187)
P.O. Box 3241(29171)             Post Office Box 1200
519 Meeting Street               Charleston, South Carolina 29402
West Columbia, SC 29169        Telephone: 843.329.9500
(803) 764 – 2328                morgan.Templeton@walltempleton.com
ATTORNEY FOR DEFENDANT    ATTORNEYS FOR PLAINTIFF
AMANDA STEWART